IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYLER LEE MILTON,

    Plaintiff,

v.

LT. ANA SEVERSON, et al.,

    Defendants.

ORDER

Case No. 18-cv-512-jdp

---

TYLER LEE MILTON,

    Plaintiff,

v.

BRIAN WYBERG, et al.,

    Defendants.

ORDER

Case No. 18-cv-513-jdp

---

Plaintiff Tyler Lee Milton, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983 in each of the above cases. Plaintiff has filed a copy of a trust fund account statement in support of his motion for leave to proceed without prepaying the fee in each case. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $4.00 for each case. For these cases to proceed, plaintiff must submit this amount on or before July 27, 2018.

ORDER

IT IS ORDERED that,

1. Plaintiff Tyler Lee Milton is assessed $4.00 in each case as an initial partial payment of the $350.00 fee for filing these cases. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $4.00 for each case or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before July 27, 2018. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

2. If, by July 27, 2018, plaintiff fails to make the initial partial payment for each case or show cause for failure to do so, plaintiff will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff filing these cases at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fee for each case as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 5th day of July, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge